IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FURTRANS DENIZCILIK TICARET VE SANAYI AS, | § § § § | |
| Plaintiff, | § § | C.A. NO. 3:10-cv-00370 |
| v. | § § | (ADMIRALTY) |
| AUGUSTA DUE S.R.L., | § § § | |
| Defendant. | § | |

## STATEMENT OF RIGHT OR INTEREST

NOW COMES, Augusta Due S.R.L. for the interest of itself, as the Owner of the M/V COSTANZA M, her engines, tackle, etc., before this Honorable Court, and makes this claim to said Vessel under Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and said Claimant avers that as of the time of the incident set forth herein, it was the true and bona fide Owner of the M/V COSTANZA M, her engines, tackle, etc., and the owner of certain goods and chattels thereon; and wherefore prays to defend accordingly.

Respectfully submitted,

William A. Durham
State Bar No. 06281800
S.D.TX. Adm. ID No. 4172
Mary Holmesly
State Bar No. 24057907
S.D.TX. Adm. Id No. 890192
20th Floor, Niels Esperson Building
808 Travis
Houston, TX  77002
(713) 225-0905 – Telephone
(713) 225-2907 – Fax
*Attorneys for Claimant, Augusta Due S.R.L.*

OF COUNSEL:
EASTHAM, WATSON, DALE & FORNEY, L.L.P.

21753+0PCLH9132.WAD

## **VERIFICATION**

THE STATE OF TEXAS       §
                         §
COUNTY OF HARRIS         §

BEFORE ME, on this day, came William A. Durham, who, stated as follows:

My name is William A. Durham and I am a member of the firm of Eastham, Watson, Dale & Forney, L.L.P. and after being duly sworn deposed and said:

I am the attorney for Augusta Due S.R.L. The facts set forth in the Statement of Right or Interest are true and correct based upon information provided to me as attorney for Augusta Due S.R.L. The reason this affidavit is made by the undersigned is that he is the attorney for Augusta Due S.R.L., which is a corporation that does not have officers or directors within the district.

_____
William A. Durham

SWORN AND SUBSCRIBED TO BEFORE ME this 17th day of September, 2010.

CAROL HENDRICKS
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
MARCH 31, 2014

_____
Notary Public, State of Texas

217534OPCLH9132.WAD                                2.

3.

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I forwarded a true and correct copy of the foregoing instrument to the following counsel of record on this the 17th day of September, 2010.

Michael K. Bell
Douglas J Shoemaker
BELL, RYNIKER & LETOURNEAU P.C.
5847 San Felipe
Ste 4600
Houston, TX 77057
Fax: 713-871-8844
Email: *dshoe@brlpc.com*

Jeremy J.O. Harwood
BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10 174-0208
Fax: 917-332-3720
Email: *JHarwood@BlankRome.com*

William A. Durham