

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| FURTRANS DENIZCILIK TICARET VE SANAYI AS | § § | |
| VS. | § § | CIVIL ACTION NO. G-10-370 |
| AUGUSTA DUE S.R.L. | § | |

## NOTICE OF HEARING

This case has been **set** for the following before United States Magistrate Judge John R. Froeschner:

### MOTION HEARING
### Re: Defendant's Motion to Vacate Attachment

Date:   September 24, 2010

Time:   11:30 a.m.

Place:  601 Rosenberg (25th Street)
        7th Floor Courtroom
        Galveston, Texas

To:     All Parties of Record


For inquiries regarding the above setting please contact:


Sheila R. Anderson, Case Manager to
United States Magistrate Judge John R. Froeschner
409/766-3533

sheila_r_anderson@txs.uscourts.gov

September 21, 2010