UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| FURTRANS DENIZCILIK TICARET VE SANAYI AS, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. G-10-370 |
| | § | |
| AUGUSTA DUE S.R.L, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Having this day vacated the Supplemental Rule B attachment of the vessel M/V CONSTANZA M for lack of subject matter jurisdiction, it is ORDERED and ADJUDGED that Plaintiff, Furtrans Denizcilik Ticaret Ve Sanayi AS, TAKE NOTHING, that all claims asserted by Plaintiff, Furtrans Denizcilik Ticaret Ve Sanayi AS, against Defendant, Augusta Due S.R.L., be DISMISSED on the merits, and the Defendant, Augusta Due S.R.L., RECOVER its costs from Plaintiff, Furtrans Denizcilik Ticaret Ve Sanayi AS.

SIGNED at Houston, Texas this 13th day of October, 2010.

_____
Kenneth M. Hoyt
United States District Judge